DIFFIN, Respondent, v. ITHACA ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action · by Joseph S. Diffin against the Ithaca Street-Railway Company. No opinion. Judgment and order affirmed, with costs.

DONADIA, Appellant, v. MENZE, Respondent. (City Court of New York, General Term. February 23, 1898.) Action by Antonio Donadia against Otto Menze. Frank W. Angel, for plaintiff. E. L. Gilbert, for defendant.

CONLAN, J. This is an appeal from an order vacating an attachment on the ground that the affidavit does not comply with the requirements of subdivision 3 of section 3169 of the Code of Civil Procedure. We think the language employed brings the case fully within the meaning and spirit of the section quoted, and that the order appealed from should be reversed. Order reversed, with costs. All concur.

DUBOIS, Respondent, v. LIPPINCOTT, Appellant. (Supreme Court, Appellate Division, Third Department. January 12, 1898.) Action by Simon Dubois against Leonard K. Lippincott. No opinion. Order affirmed, with $10 costs and disbursements.

DWYER v. BUFFALO GENERAL ELECTRIC CO. (Supreme Court, Appellate Division, Fourth Department. October Term, 1897.) Action. by Kate Dwyer, as administratrix, etc., against the Buffalo General Electric Company. No opinion. Motion for reargument denied. Motion for leave to go to the court of appeals denied. All concur, except FOLLETT, J., not voting. See 46 N. Y. Supp. 874.

EISLER v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Marie Eisler against the mayor, etc., of city of New York. No opinion. Motion granted.

EMPIRE LUMBER CO. v. McLEAN et al. (Supreme Court, Appellate Division, Fourth Department. October Term, 1897.) Action by the Empire Lumber Company against Hugh McLean and others. No opinion. Motion granted, so far as it asks to amend the remittitur and judgment. That part of the motion which asks for leave to go to the court of appeals denied. See 46 N. Y. Supp. 1091.

EVERARD, Appellant, v. HAMMERSTEIN et al., Respondents. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by James Everard against Malvina Hammerstein and another. D. M. Neuberger, for appellant. M. S. Wise, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

FADARKA, Appellant, v. PAGAN, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Harra Fadarka against John Pagan, Sr. No opinion. Order reversed, and motion granted, without costs.

FEALY, Respondent, v. BULL, Appellant. (Supreme Court, Appellate Division, Third Department. January 5, 1898.) Action by Joanna Fealy against John Bull. No opinion. Judgment and order affirmed, with costs. All concur, except HERRICK, J., dissenting. See 42 N. Y. Supp. 569.